UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUETTES

| IN RE:<br><br>RICHARD PACIFICO<br>Debtor | Case No. 20-10325-JEB<br>Chapter 13 |
|---|---|

**STIPULATION REGARDING U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CT MOTION FOR RELIEF**
**(14 -16 PLEASANT ST U16A, BEVERLY, MA 01915)**

Now comes U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CT and the Richard Pacifico ("Debtor"), who stipulate as follows:

1. The total post-petition arrearage as of January 1, 2023 is $3,70151. This consists of the following post-petition payments and charges:

| Payment | 3 @ $1,299.01 | $3,897.03 |
|---|---|---|
| Legal Fees and Costs | | $0.00 |
| Suspense | | ($195.52) |
| | Total Amount Due | $3,701.51 |

2. On or before April 1, 2023 and by the 15th of each month thereafter, through September 1, 2023, the Debtors shall make payments as set forth below to cure the post-petition arrearage due on the claim:

**Stipulation Payment Schedule**

| Payment Number (or due date) | Monthly Payment Amount | Monthly Arrearage Amount | Total Monthly Payment |
|---|---|---|---|
| 4/1/23 | $1,299.01 | $616.92 | $2,090.93 |
| 5/1/23 | $1,299.01 | $616.91 | $2,090.93 |
| 6/1/23 | $1,299.01 | $616.91 | $2,090.93 |
| 7/1/23 | $1,299.01 | $616.91 | $2,090.93 |
| 8/1/23 | $1,299.01 | $616.91 | $2,090.93 |
| 9/1/23 | $1,299.01 | $616.91 | $2,090.92 |

***If the Debtors receive notice of a change in the regular monthly payment during the terms of the stipulation, the Debtors shall make the appropriate adjustment to the total monthly amount due. The monthly arrearage amount will not change**.

3. Commencing on August 1, 2023, and monthly thereafter, the Debtors shall make the regular monthly post-petition payments in the amount of $1,299.01, subject to change pursuant to the terms of the Note and Mortgage.

All payments under this stipulation should be made payable to the servicer Rushmore Loan Management Services LLC, and sent to the following address:

Rushmore Loan Management Services LLC
15480 Laguna Canyon Road
Suite 100
Irvine, CA  92618
.

4. **IF THE DEBTORS FAIL TO MAKE SAID PAYMENTS BY THE DATES SPECIFIED IN PARAGRAPH TWO AND/OR THREE OF THIS STIPULATION, RELIEF FROM STAY MAY BE GRANTED WITHOUT HEARING BY THE COURT UPON CREDITOR FILING A CERTIFICATE OF NON-COMPLIANCE. A $200.00 FEE SHALL BE CHARGED FOR EACH CERTIFICATE OF NON-COMPLIANCE NEEDED THROUGHOUT THE LIFE OF THIS STIPULATION AGREEMENT.  THE DEBTORS HAVE THE RIGHT TO OBJECT TO THE CERTIFICATE OF NON-COMPLIANCE ONLY ON THE BASIS THAT THE PAYMENTS WERE MADE TIMELY UNDER THE STIPULATION.**

5. The Creditor will file an amended proof of claim to account for adjusted pre-petition payment amounts.

6. The terms of this stipulation shall be null and void if the case is converted or dismissed.

Agreed to on this 24 day of March, 2023.

Respectfully submitted,
U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC***
By its Attorney

/s/Richard T. Mulligan

Richard T. Mulligan
B.B.O. # 567602
The Movant's Attorney
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032
Phone (860) 677-2868
Fax (860) 409-0626
Email: BKECF@bmpc-law.com

Richard Pacifico
By their attorney,

Peter M. Daigle
Daigle Law Office
1550 Falmouth Road, Suite 10
Centerville MA 02632

Dated: 3/24/23

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUETTES

| IN RE:<br><br>RICHARD PACIFICO<br>Debtor | Case No. 20-10325-JEB<br><br>Chapter 13 |
|---|---|

CERTIFICATE OF SERVICE

I, Richard T. Mulligan, state that on March 24, 2023, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachuettes on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC*** using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Office of the US Trustee
Peter M. Daigle
Carolyn Bankowski

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Richard Pacifico
16 Pleasant Street, Unit A
Beverly, MA 01915

    Respectfully submitted,
    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC***
    By its Attorney,
    /s/Richard T. Mulligan

    Richard T. Mulligan
    B.B.O. # 567602
    The Movant's Attorney
    Bendett & McHugh, P.C.
    270 Farmington Avenue, Suite 151
    Farmington, CT 06032
    Phone (860) 677-2868
    Fax (860) 409-0626
    Email: BKECF@bmpc-law.com

Dated: 3/24/23