*[Signature]* Dated: 3/27/2023

The parties have filed a stipulation on which the Court will rule after the applicable objection period. The hearing on March 30, 2023, is canceled.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: 20-10325-JEB ) | | Chapter 13 Proceeding |
| ) | | |
| **Richard Pacifico** ) | | |
| Debtor ) | | |
| ) | | |
| **U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT** ) | | |
| Movant ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| **Richard Pacifico** ) | | |
| **and Carolyn Bankowski, Trustee** ) | | |
| Respondent ) | | April 26, 2022 |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT (the "Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of **Richard Pacifico** (the "Debtor") and Danielle Filtranti having an address of 14 -16 Pleasant St U16A, Beverly, MA 01915 (the "Property"). In support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on February 5, 2020.

2. A Chapter 13 Plan was confirmed on July 19, 2021.

3. The Debtor and Danielle Filtranti executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $234,000.00 (the "Note"). Said note is endorsed in blank by Suntrust Mortgage, Inc. A copy