# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE | ) | Case No. 20-10325-JEB |
| Richard Pacifico | ) | Chapter 13 Proceeding |
| Debtor | ) | March 28, 2023 |

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY
## AND FOR SUBSTITUTION OF COUNSEL

NOW COMES Richard T. Mulligan, Esquire, of the firm of Bendett & McHugh, P.C. and hereby moves that, subject to the approval of the Court, the appearance of Richard T. Mulligan, Esq. be substituted for that of Andrew S. Cannella, Esquire, as counsel of record for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT.

As successor counsel is contemporaneously herewith entering his appearance, movant would ask that he/she be exempt from the requirements of MLBR 9010-3(b) which would require him to serve the order permitting this motion on all parties in interest

Dated at Plainville, Massachusetts this 28th day of March, 2023.

By */s/ Richard T. Mulligan*
Richard T. Mulligan, Esq. #567602
Movant's Attorney
Bendett & McHugh, P.C.
23 Messenger Street, Second Floor
Plainville, MA 02762
Phone: (508) 809-8067
Fax: (860) 409-0626
Email: BKECF@bmpc-law.com

                Consented to:
                    /s/ Andrew S. Cannella
                  Andrew S. Cannella
                  BBO# 680572
                  Bendett & McHugh, P.C.
                  270 Farmington Avenue, Suite 151
                  Farmington, CT 06032
                  Phone: (860) 677-2868
                  Fax: (860) 409-0626
                  Email: BKECF@bmpc-law.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on this this 28th day of March, 2023 a copy of the foregoing was served to the following

Richard Pacifico
Debtor
16 Pleasant Street, Unit A
Beverly, MA 01915
*Via First Class Mail*

Carolyn Bankowski Esq.
Trustee
Chapter 13 Trustee Boston
PO Box 8250
Boston, MA  02114
*Via Electronic Notice of Filing*

Alex R. Hess , Esq.
Debtor's Attorney
60 State Street, 7th Floor
Boston, MA 02109

*Via Electronic Notice of Filing*

U.S. Trustee
William K. Harrington, U.S. Trustee
5 Post Office Square, Suite 1000
Boston, MA 02109-3945
*Via Electronic Notice of Filing*

By */s/ Richard T. Mulligan*
Richard T. Mulligan, Esq. #567602
Movant's Attorney
Bendett & McHugh, P.C.
23 Messenger Street, Second Floor
Plainville, MA 02762
Phone: (508) 809-8067