

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  RICHARD PACIFICO,   Debtor | Ch. 13  20-10325-JEB |

### Order

**MATTER:**

#227 Motion filed by Creditor U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT to Approve [Re: 226 Stipulation]

Having considered the Motion and the Stipulation, good cause being shown, and no objections having been filed, the Motion is granted and the Stipulation is approved.

Dated: 4/10/2023

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge