UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>RICHARD PACIFICO,<br><br>      Debtor(s). | Chapter 13<br>Case No. 20-10325-JEB |

## STIPULATION

NOW COME the parties, through their respective undersigned counsel, and request that this Honorable Court enter the following stipulation as an order of the Court.

### STATEMENT OF MATERIAL FACTS

1. Richard Pacifico (the "**Debtor**") is an individual who asserts an ownership interest in the real property known as and numbered 14-16 Pleasant Street, Unit 16A Beverly, MA 01915 (the "**Property**").

2. U.S. Bank Trust National Association, as Trustee of Treehouse Series V Trust, as serviced by SN Servicing Corporation ("**U.S. Bank Trust**") has a principal place of business located at 7114 E. Stetson Drive, Suite 250, Scottsdale, Arizona.

3. U.S. Bank Trust is the holder of the note and first mortgage on the Property.

### The Bankruptcy

4. On February 5, 2020, the Debtor filed a Chapter 13 petition, commencing the above-captioned case (the "**Petition Date**").

5. On September 12, 2023 and January 3, 2024, U.S. Bank Trust, through its servicers, filed Notices of Postpetition Mortgage Fees, Expenses, and Charges ("PPFNs"), totaling $3,459.50. Claim 12.

6. To date, the PPFNs remain unpaid.

WHEREAS, the parties hereto desire to resolve all differences between them, the parties STIPULATE and AGREE as follows:

A. The Debtor acknowledges and agrees that the current amount of outstanding fees total $3,459.50, plus $275.00 for the preparation of this stipulation, for a total of $3,734.50.

B. The parties agree to the following:

1. The Debtor shall pay the regular monthly mortgage payments on the Property as they become due, beginning with the April 1, 2024 payment through the January 1, 2025 payment; and

2. To cure the outstanding fees, the Debtor shall make the following additional payments to U.S. Bank Trust or its successor-in-interest:
    a. Eleven (11) payments of $311.20 each on or before the fifteenth of each month, beginning with April 15, 2024 and ending with December 15, 2024; and
    b. One (1) monthly payment of $311.30 on or before January 15, 2025.

3. **IF THE DEBTOR FAILS TO MAKE THE PAYMENTS IN THE AMOUNTS AND BY THE DEADLINES DESCRIBED IN PARAGRAPH C(1) OR C(2) OF THIS STIPULATION, U.S. BANK TRUST (OR ITS SUCCESSORS-IN-INTEREST, IF ANY) MAY FILE A MOTION FOR RELIEF, ALONG WITH CERTIFICATE OF NONCOMPLIANCE (THE "CERTIFICATE") THAT WILL REQUEST, AMONG OTHER THINGS, THAT THIS COURT GRANT U.S. BANK TRUST RELIEF FROM THE AUTOMATIC STAY AND, UPON COURT APPROVAL OF THE CERTIFICATE AND THE GRANTING OF RELIEF FROM STAY, U.S. BANK TRUST MAY PURSUE ITS RIGHTS AND REMEDIES PURSUANT TO THE NOTE AND MORTGAGE WITHOUT FURTHER HEARING, INCLUDING BUT NOT LIMITED TO PURSUING ITS**

**RIGHT TO FORECLOSE THE MORTGAGE AND TO PURSUE SUMMARY PROCESS PROCEEDINGS. THE DEBTOR HAS THE RIGHT TO OBJECT TO THE CERTIFICATE OF NON-COMPLIANCE ONLY ON THE BASIS THAT THE PAYMENTS WERE MADE TIMELY UNDER THE STIPULATION. ALL REASONABLE COSTS ASSOCIATED WITH THE PREPARATION OF THE CERTIFICATE OF NON-COMPLIANCE WILL BE CHARGED TO THE DEBTOR'S MORTGAGE ACCOUNT.**

4. All payments shall be made to the payment address provided on the Claims Register and will clearly state the loan number on the payment.

C. By entering into this Stipulation, U.S. Bank Trust in no way waives or forfeits its rights to collect any pre-petition or post-petition arrears under applicable law, and in no way alters the terms, conditions, or its rights under the Note and Mortgage.

| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF TREEHOUSE SERIES V TRUST, AS SERVICED BY SN SERVICING CORPORATION,<br><br>By its attorneys,<br><br><br>*/s/ Tatyana P. Tabachnik*<br>Tatyana P. Tabachnik, Esq. (673236)<br>Demerle Hoeger, LLP<br>10 City Square<br>Boston, MA 02129<br>(617) 337-4444<br>TTabachnik@DHNewEngland.com | RICHARD PACIFICO,<br><br>Debtor,<br><br><br>By his attorney,<br><br><br>*/s/ Jerrica VanKleef*<br>Jerrica VanKleef, Esq.<br>The Law Office of Peter M. Daigle, P. C.<br>1550 Falmouth Road<br>Suite 10<br>Centerville, MA 02632<br>(508) 771-7444<br>JVanKleef@daiglelawoffice.com |
|---|---|

DATE: March 29, 2024